THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 27, 2015



Margaret Dee McGarity
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re | ) | |
| | ) | Bankruptcy Case No. 14-30969-mdm |
| JELEEO GARTH, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**STIPULATION ALLOWING WITHDRAWAL OF
TRUSTEE'S MOTION TO DISMISS**

Pursuant to the stipulation by and between the parties,

IT IS HEREBY ORDERED THAT:

1. The Trustee is allowed to withdraw the Motion to Dismiss

2. The Debtor shall pay $115 every month, or other such amount as specified under the terms of any subsequent Chapter 13 plan confirmed by this Court, to the Office of the Chapter 13 Trustee on or before the last day of each month commencing with May 2015.

3. Should the Debtor fail to make the equivalent of one monthly payment through and including October 2015, the Trustee may submit an Affidavit of Default and an Order Dismissing Case without further notice or hearing.

4. Thereafter, if there is any subsequent plan default, the Trustee may renew the Motion to Dismiss by letter to the court.

#####

Drafted by:
Daniel T. Beasley
DeLadurantey Law Office, LLC
735 W Wisconsin Ave., Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860